SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

**TO:**   1.  *Intake Clerk* *

2.  *Case Administrator*     UC

**FROM:**  *Financial Administrator*

**DATE:** 12/16/2013

**CASE NAME:** Sillaman / Cain

**CASE NUMBER:** 08-26789-TPA

Check Number 869635 in the amount of $ 1,254.74 was received this date and placed in an existing registry account of unclaimed funds.

**Receipt Number:** 7538          **Intake Clerk's Initials** LF

\*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA  15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
12/11/2013

| | | |
|---|---|---|
| John J. Horner, Esquire | OR | John J. Horner, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA  15219 | | Erie, PA  16501 |

Re: ERIC L. SILLAMAN
RHODA F. CAIN
Case No: 08-26789A

Dear Mr. Horner:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

North Star Capital Acquisition++
C/O Zenith Acquisition Corp++
Pob 850
Amherst,NY 14226

CHECK NUMBER 869635    AMOUNT $1254.74

    The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:SHAWN N WRIGHT ESQUIRE
ERIC L. SILLAMAN
RHODA F. CAIN
North Star Capital Acquisition++