IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MILTON J. TEATS,<br><br>Debtor,<br><br>RESURGENT CAPITAL SERVICES LP, AS SERVICER FOR LVNV FUNDING, LLC.<br><br>Movant/Claimant,<br><br>v.<br><br>MILTON J. TEATS and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>Respondents | Bankruptcy No. 10-70062-GLT<br><br>Chapter 13<br><br>Related to Doc. No. 150<br><br>Hearing Date: July 20, 2016 at 9:30 a.m. |

NOTICE OF WITHDRAWAL OF
AMENDED MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT
PURSUANT TO 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq.

TO THE CLERK OF COURTS:

Kindly withdraw the Amended Motion for Order Directing Payment of Funds to Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq. filed on behalf of Resurgent Capital Services LP, as servicer for LVNV Funding, LLC on May 16, 2016 at Doc. No. 150.

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft, Esquire
PA I.D. #87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Resurgent Capital Services LP,
As Servicer for LVNV Funding, LLC

Dated: July 18, 2016