FILED
7/19/16 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MILTON J. TEATS,<br><br>        Debtor,<br><br>RESURGENT CAPITAL SERVICES LP, AS SERVICER FOR LVNV FUNDING, LLC.<br><br>        Movant/Claimant,<br><br>    v.<br><br>MILTON J. TEATS,<br>and<br>RONDA J. WINNECOUR, Ch. 13 Trustee<br><br>        Respondents | Bankruptcy No. 10-70062-GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 142<br>Hearing: July 20, 2016 at 9:30 a.m. |

## **MODIFIED ORDER**

AND NOW, this 19th day of July, 2016, upon consideration of the foregoing Motion to Reopen Bankruptcy Pursuant to 11 U.S.C. § 350(b)

it is hereby ORDERED that the Milton J. Teats bankruptcy is reopened until **November 16, 2016,** for the purpose of movant to refile its motion for payment of unclaimed funds. If no motion is filed within that period, the Clerk is directed to close this case.

BY THE COURT:

_____
Hon. Gregory L. Taddonio  **cgt**
United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 10-70062-GLT
Milton J. Teats                                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: jbre              Page 1 of 1              Date Rcvd: Jul 19, 2016
                          Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2016.
db             +Milton J. Teats,    1495 Deer Creek Road,    Morrisdale, PA 16858-8502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank, National Association, et al
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Donald M. Hahn    on behalf of Plaintiff Milton J. Teats dhahn@nittanylaw.com
              Donald M. Hahn    on behalf of Debtor Milton J. Teats dhahn@nittanylaw.com
              Louis P. Vitti    on behalf of Creditor    First Franklin Financial Corp. tiffany@vittilaw.com,
               louispvitti@vittilaw.com;Jennifer@vittilaw.com;loismvitti@vittilaw.com
              Louis P. Vitti    on behalf of Creditor    U.S. Bank, National Association, et al
               tiffany@vittilaw.com, louispvitti@vittilaw.com;Jennifer@vittilaw.com;loismvitti@vittilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Resurgent Capital Services LP as Servicer for LVNV
               Funding, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell R. Sanders    on behalf of Creditor    GMAC rsanders@tuckerlaw.com
                                                                                               TOTAL: 9