# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Milton J. Teats  
          Debtor(s)

CHAPTER 13

BKY. NO. 10-70062

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TO LASALLE BANK, N.A., AS TRUSTEE FOR THE MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7341

                              Respectfully submitted,

                              **/s/ James C. Warmbrodt, Esquire**  
                              James C. Warmbrodt, Esquire  
                              jwarmbrodt@kmllawgroup.com  
                              Attorney I.D. No. 42524  
                              KML Law Group, P.C.  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA 19106  
                              Phone: 215-825-6306  
                              Fax: 215-825-6406  
                              Attorney for Movant/Applicant